UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| D.W., by next of friend and mother CLARISSA BROWN, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No.: 1:24-cv-82-TAV-CHS ) |
| BAY WATER, LLC, | ) ) ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, plaintiff's Motion for Default Judgment [Doc. 18] is **GRANTED**. The Court hereby **ORDERS** that plaintiff recover from defendant Bay Water, LLC the total sum of $594. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

ENTER:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT
LeAnna R. Wilson
CLERK OF COURT